```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
DEBRA K. CRAIG,                      :
                    Appellant,       :     ORDER
          - against -                :     04 Civ. 10063 (DC)
RCN CORP.,                           :
                    Appellee.        :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/05

**CHIN, D.J.**

       For the reasons stated on the record on March 18, 2005, IT IS HEREBY ORDERED that the Bankruptcy Court order dated November 3, 2004, denying appellant's motion for leave to file proof of claim, is AFFIRMED, without costs.

       SO ORDERED.

Dated:   New York, New York
           March 18, 2005

                                         DENNY CHIN
                                         United States District Judge